Belle Isaacs, Individually and as Executrix of Estate of Henry Isaacs, Deceased, Appellant, v. Harry Okin and Isadore Shalowitz, Appellees.

Gen. No. 43,147.

opinion filed May 7, 1947; released for publication May 22, 1947. Wilhartz & Hirsch, for appellant; Samuel E. Hirsch, Julian H. Levi and Guy Van Schaick, of counsel; Weissenbach, Hartman, Craig & Okin, for appellees; E. S. Hartman, of counsel. Opinion by JUSTICE BURKE. Not to be published in full.